```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 06486
   JEFFREY D RUFENACHT
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8553


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/06/06 and confirmed on 08/04/06.

    2.  The case was converted to Chapter 7 after confirmation, 08/02/2008.

    3.  The Debtor paid a total of $   44380.75 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
REGIONS MORTGAGE             CURRENT MORTG    24756.62            .00        24756.62
REGIONS MORTGAGE             MORTGAGE ARRE    13893.44            .00        13893.44
RESURGENT CAPITAL SERVIC     UNSECURED         8815.77            .00          178.45
CONDELL MEDICAL CENTER       UNSECURED        NOT FILED           .00             .00
KCA FINANCIAL SERVICES       UNSECURED        NOT FILED           .00             .00
PEOPLES GAS                  UNSECURED          188.80            .00             .00
       Summary of disbursements:
--------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   38650.06          .00      9004.57         .00        47654.63
PRINCIPAL PAID       38650.06          .00       178.45         .00        38828.51
INTEREST PAID             .00          .00          .00         .00             .00
TOTAL PAID           38650.06          .00       178.45         .00        38828.51
The Debtor's attorney, KENNETH S BORCIA & ASSOC         , was allowed $   3000.00
and was paid $     50.00   direct and $    2950.00   through the plan.

The Trustee received $    1809.59 .

Refunds to the Debtor totaled $     792.65 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 12/17/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 06486 JEFFREY D RUFENACHT
```